# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>REINIER FERRER,<br><br>         Defendant. | Case No. 2:24-cr-00099-JCM-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Change of Plea Hearing (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that the Change of Plea hearing currently scheduled for Monday, September 9, 2024 at 11:00 a.m., is vacated and continued to October 7, 2024 at 10:00 a.m. in Courtroom 3D.

DATED this 4th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE